IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CR278 |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| ANNETTE BASS, | REQUEST FOR REASSIGNMENT |
| Defendant. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. §
455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in
any proceeding in which his impartiality might reasonably be questioned." Upon review
of the parties and the record in the above-designated case, the undersigned judge shall,
and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C.
§ 455(a).

SO ORDERED.

Dated this 3rd day of September 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge