IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANNETTE BASS,<br><br>        Defendant. | 8:19CR278<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 72) the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 61). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss, Filing No. 72, is granted. The Petition for Offender Under Supervision, Filing No. 61, is dismissed.

Dated this 26th day of August, 2022.

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge